IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KENYA INGRAM-GUNN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 24 C 11610 |
| | ) | |
| CHICAGO FAMILY HEALTH CENTER, | ) | Judge Thomas M. Durkin |
| | ) | |
| Defendant. | ) | Magistrate Judge Jeffrey T. Gilbert |

**DEFENDANT'S MOTION TO COMPEL DISCOVERY RESPONSES**

Defendant, Chicago Family Health Center, Inc. ("Defendant"), by and through its counsel, respectfully requests that this Court enter an Order compelling Plaintiff Kenya Ingram-Gunn ("Plaintiff") to provide full and complete answers to Defendant's First Set of Interrogatories and First Request for Production of Documents. In support of this Motion, Defendant states as follows:

1. On April 4, 2025, Defendant propounded its First Set of Interrogatories and First Request for Production of Documents to Plaintiff. *See* Exhibit A. Plaintiff's responses to Defendant's written discovery requests were due on May 5, 2025.

2. On May 6, 2025, Plaintiff's counsel sent an email to Defendant's counsel requesting a thirty-day extension to June 6, 2025, to serve her written discovery responses. Defendant's counsel agreed to the thirty-day extension with the understanding that Plaintiff would provide complete responses to Defendant's written discovery requests given the length of the extension. *See* Exhibit B.

3. Defendant did not receive Plaintiff's written discovery responses on June 6. On June 9, 2025, Defendant's counsel e-mailed Plaintiff's Counsel requesting an update on when Plaintiff would tender her written discovery responses. *See* Exhibit C. Plaintiff's counsel responded stating that Plaintiff "miscalculated the date" and should have the discovery responses

by June 13, 2025. *Id.* Defendant's counsel responded stating that if Defendant's Counsel did not receive Plaintiff's written discovery responses by close of business on June 13, 2025, Defendant would file a motion to compel. *See* Exhibit D. On June 16, 2025, Plaintiff's counsel emailed Defendant's counsel that Plaintiff would need until June 20, 2025 to serve her written discovery responses. *See* Exhibit D.

4. To date, Plaintiff has not served any responses to Defendant's written discovery requests or produced any documents that were originally due on May 8, and despite Defendant agreeing to two extensions.

5. Pursuant to Federal Rule of Civil Procedure 37, a party's failure to answer an interrogatory submitted under Rule 33, or failure to respond that inspection will be permitted as requested in response to a request for inspection submitted under Rule 34 is grounds for a motion to compel. Fed. R. Civ. P 37(a)(2)(B). Accordingly, Defendant requests that this Court enter an Order requiring Plaintiff to provide full and complete responses to Defendants' First Set of Interrogatories and First Set of Document Requests by a date certain.

6. Pursuant to Local Rule 37.2, as detailed above, Defendant's counsel made good faith attempts to obtain Plaintiff's compliance with her discovery obligations multiple times by agreeing to two extensions and following up with Plaintiff's counsel multiple times before bringing this Motion. Plaintiff's counsel made representations that Plaintiff will respond by two dates (June 6 and then June 13), but did not do so. Defendant's counsel informed Plaintiff's counsel that Defendant would file a Motion to Compel Plaintiff's responses if they were not received by 5:00 p.m. on June 13, 2025. Defendant still waited another six days before bringing this Motion. Defendant does not have confidence that Plaintiff will abide by her assurance that she will respond

to Defendant's written discovery requests by June 20 since she did not abide by the two previous deadlines that she requested.

WHEREFORE, for all of the reasons set forth herein, Defendant Chicago Family Health Center, Inc. respectfully requests that this Court enter an Order compelling Plaintiff Kenya Ingram-Gunn to serve complete responses to Defendant's First Set of Interrogatories and Document Production Requests by a date certain, and granting such other relief as the Court deems just and proper.

Dated: June 19, 2025

Respectfully submitted,

Chicago Family Health Center, Inc.

By:   /s/ Emily Dybas

Antonio Caldarone (6285859)
Emily Dybas (6341998)
Laner Muchin, Ltd.
515 North State Street, Suite 2400
Chicago, Illinois 60654
(312) 467-9800
(312) 467-9479 (fax)
acaldarone@lanermuchin.com
edybas@lanermuchin.com

**CERTIFICATE OF SERVICE**

    I, Emily Dybas, an attorney, hereby certify that on June 19, 2025, I caused to be served a copy of the foregoing **Defendant's Motion To Compel Discovery Responses**, in the above-captioned matter to be filed with the Clerk of the District Court and served on the parties of record, including those listed below, by operation of the Court's CM/ECF electronic filing system, addressed to:

> Jason R. Craddock
> Law Office of Jason R. Craddock
> Post Office Box 702
> Monee, IL 60449
> craddocklaw@icloud.com
> cradlaw1970@gmail.com

                                          /s/ Emily Dybas